USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___11/10/25_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
  NAMEL NORRIS,                       :
              **Plaintiff,**     :
                       :       **1:25-cv-00387 (ALC)**
  -against-               :
                       :       <u>**ORDER**</u>
  NORTH FORK RESTAURANT GROUP    :
**LLC,** *a New York limited liability company* :
*doing business as NORTH FORK*      :
*RESTAURANT,* **and M & E CHRISTOPHER** :
**LLC,** *a New York limited liability company,* :
            **Defendants.**    :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff filed the Complaint in this matter on January 15, 2025. ECF No. 1. Defendants were served and due to answer by March 4, 2025. ECF Nos. 7, 8. To date, no answer or response has been filed and Plaintiff has not sought default judgment. On October 6, 2025, the Court issued an order to show cause ("OSHOW") as to why this action should not be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). ECF No. 9. On November 7, 2025, Plaintiff filed a response to the OSHOW, asking for an extension to again serve the Defendants in this matter. ECF No. 10. As previously indicated, the Defendants were served in this matter on February 11, 2025 and due to answer or respond by March 4, 2025. ECF Nos. 7,8. Accordingly, Plaintiff's request is **DENIED**.

    Because Defendants were served and have failed to answer or otherwise respond to complaint, Plaintiff may seek default judgement. However, Plaintiff has not yet sought to obtain a Clerk's Certificate of Default nor has Plaintiff moved for default judgement with this Court. Should Plaintiff wish to continue with the prosecution of this case, Plaintiff should take the next steps to file for default against Defendants. Plaintiff has until **December 10, 2025** to make this

showing in writing with the Court.  Failure to do so will result in a dismissal of this case without

prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED.**

**Dated:**   **November 10, 2025**
        **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**